**Aubrey DUNN, Plaintiff-Appellant,**

**Argonaut Insurance Company, Intervenor-Appellant,**

**v.**

**CAMERON IRON WORKS, INC. et al., Defendants-Appellees.**

**No. 29530**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Jan. 18, 1971.

Donald V. Organ, Organ & Pierce, New Orleans, La., for plaintiff-appellant.

Edward J. Rice, Jr., New Orleans, La., for intervenor.

Breard Snellings, Richard D. Alvarez, Sessions, Fishman, Rosenson, Snellings & Boisfontaine, New Orleans, La., for defendants-appellees.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

